UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHESTER WALLACE AND<br>LIBBY WALLACE | CIVIL ACTION |
| VERSUS | NO. 07-0574 |
| CHEVRON ORONITE COMPANY LLC<br>and CHEVRON USA, INC. | SECTION "N" (5) |

## ORDER AND REASONS

**IT IS ORDERED** that Plaintiff's Motion for New Trial or, in the Alternative, Motion to Amend Judgment (Rec. Doc. No. 27) is **DENIED**. Plaintiffs were ordered to amend their original complaint by the undersigned, on June 14, 2007, and by Judge Porteous on August 15, 2007. *See* Rec. Doc. Nos. 17 and 20. They never did so. Before being dismissed on October 17, 2007, Plaintiffs' case likewise was the subject of docket call notices on July 31, 2007, October 5, 2007; minute entries reflecting the results of the docket calls on August 15, 2007, and October 10, 2007; and a motion to dismiss filed by Defendant on October 10, 2007. *See* Rec. Doc. Nos. 19-22 and 24-26. Notice of each of these documents was electronically mailed to between nine and eleven e-mail addresses assigned to Plaintiffs' counsel's firm.

Under these circumstances, the Court does not find re-opening this action to be

justified. Accordingly, the October 19, 2007 Judgment (Rec. Doc. No. 26), which dismissed the claims of Plaintiffs, Chester Wallace and Libby Wallace, with prejudice, remains in effect.

New Orleans, Louisiana, this 21st day of July 2008.

**KURT D. ENGELHARDT**
**United States District Judge**